

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00229-CV

| | | |
|---|---|---|
| IN THE MATTER OF J.W. | § | On Appeal from the 323rd District Court |
| | § | of Tarrant County (323-118298-22) |
| | § | May 8, 2025 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed. Because of Appellant J.W.'s indigence, we delete the charges from the bills of costs in this case.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach